FILED
CLERK, U.S. DISTRICT COURT
SEP 3 0 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SERGIO K. BOSNICH; VESELA K. BOSNICH,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, N.A,<br><br>Defendant. | CASE NO.: CV11-01156 CAS (Rzx)<br><br>[PROPOSED] ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. P. 41<br><br><br>The Honorable Christina A. Snyder |

BOSNICH V. CHASE BANK USA, N.A. (CASE NO. CV11-01156 CAS (Rzx))
[PROPOSED] ORDER RE DISMISSAL

1 | Pursuant to the parties' Stipulation and Joint Request for Dismissal, this
2 | action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the
3 | Federal Rules of Civil Procedure.
4 | IT IS SO ORDERED.
5 |
6 | DATED: September 30, 2011      By: _____/s/ Christina A. Snyder_____
7 |                                          United States District Judge