1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

SEP 3 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

WESTERN DIVISION

SERGIO K. BOSNICH; VESELA K. BOSNICH,

                Plaintiff,

                vs.

CHASE BANK USA, N.A,

                Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: CV11-01156 CAS (Rzx)

[PROPOSED] ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. P. 41

The Honorable Christina A. Snyder

1         Pursuant to the parties' Stipulation and Joint Request for Dismissal, this

2    action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the

3    Federal Rules of Civil Procedure.

4    IT IS SO ORDERED.

5

6    DATED: September 30 , 2011     By: _Christina A. Snyder_____

7                   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BOSNICH V. CHASE BANK USA, N.A. (CASE NO. CV11-01156 CAS (Rzx))
[PROPOSED] ORDER RE DISMISSAL